IT IS FURTHER ORDERED by the court that the orders of January 20, 2000, and April 5, 2002, are hereby vacated, and these matters are dismissed.

| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education. | : : | |
| Barry Allan Schwartz ( # 0016336), Respondent. | : : : | ENTRY |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1991–1992 reporting period.

On May 9, 1994, pursuant to Gov.Bar R. X(6)(B)(3), this court entered an order adopting the recommendation of the commission found in its report regarding the 1991–1992 reporting period suspending the respondent from the practice of law and imposing a fee sanction upon the respondent.

On April 10, 2003, the commission filed a motion to vacate, requesting that the order of May 9, 1994, pertaining to the suspension and monetary sanction of the above-named respondent, be vacated. Upon consideration thereof,

IT IS ORDERED by the court that the motion to vacate be, and is hereby, granted.

[Cite as *05/07/2003 Case Announcements # 3*, 2003-Ohio-2285.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 7, 2003*

## MOTION AND PROCEDURAL RULINGS